7092. LUKE *et al.* v. GILLEY.

HODGES, J. It appearing from the record that no final judgment was rendered in this case, the writ of error is dismissed. *Jones* v. *Martens-Turner Co.,* 106 *Ga.* 267 (32 S. E. 137); Civil Code, § 6138.

*Writ of error dismissed.*

DECIDED JUNE 28, 1916.

Motion to dismiss writ of error.

This was a proceeding under sections 6068 and 6069 of the Civil Code of 1910, in which the judge ordered the sale of perishable property on which the sheriff had levied in a bail-trover proceeding, and which had not been replevied. The exceptions were to this order.

*Hendricks, Mills & Hendricks,* for plaintiffs in error.

*J. P. Knight, William Story,* contra.